JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND, CSBN CA 154575
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8932
    Facsimile: (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

KENNETH J. COLLINS, CSBN 100579
Attorney at Law
P.O. Box 1193
Arcata, CA 95518
(707) 822-1611

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEL JAMES YORDY )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. )<br>_____ ) | CIVIL NO. 09-03028-JCS<br><br><br><br>JOINT LETTER/ RESPONSE<br>TO COURT'S ORDER |

September 17, 2009

Dear Judge Spero:

    Pursuant to your order dated August 31, 2009, the parties' counsels have conferred and today joined in this letter about possible referral for proceedings in Eureka.

    The possibility of traveling to Eureka would be a disadvantage to defendant's counsel. However, because the applicable standing procedural order for cases with the SSA as defendant

specifies resolution by written motion, without in-person appearances, reassignment to a magistrate in Eureka should not be an inconvenience. Should an appearance be necessary (as occurs in rare cases), counsel are in agreement that any hearing could be conducted telephonically.

For these reasons, the parties jointly consent to referral to a Eureka courtroom, but request that any hearing that might be required would be held telephonically.

The parties apologize for any inconvenience caused to this Court by this late response.

Sincerely,

*/s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant United States Attorney
Attorney for Defendant

*/s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

Dated: 9/18/9

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA