NOT FOR CITATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| Mikel James Yordy,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br>　　　　Defendant | Case No.: 1-09-cv-03028-NJV<br><br>ORDER APPROVING STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Mikel James Yordy may have an extension until July 23, 2010, in which to file plaintiff's Motion for Summary Judgment.

　　　　This stipulation is entered into in order to provide sufficient time for Plaintiff to submit arguments and new evidence to the Defendant to allow the Defendant to ascertain the validity and importance of the evidence.

Dated:  June 22, 2010　　　　　　　　　　　　　　/s/ Kenneth J. Collins  
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  June 23, 2010　　　　　　　　　　　　　　/s/ Daniel P. Talbert  
　　　　　　　　　　　　　　　　　　　　　　　　　　　As authorized by email 6/23/10  
　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL P. TALBERT  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: June 24, 2010
5                                                  Hon. Nandor J. Vadas
                                                United States Magistrate Judge