KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Mikel James Yordy,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br>　　　　　Defendant | Case No.:  1-09-cv-03028-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff  Mikel James Yordy may have an extension until August 22, 2010, in which to file plaintiff's Motion for Summary Judgment.

　　　This stipulation is entered into in order to provide sufficient time for Plaintiff to submit arguments and new evidence to the Defendant to allow the Defendant to ascertain the validity and importance of the evidence.  One previous extension has been requested and granted in this case.

1

2  Dated: July 14, 2010                    /s/ Kenneth J. Collins
                                           KENNETH J. COLLINS
3                                          Attorney for Plaintiff

4  Dated: July 15, 2010                    /s/ Daniel P. Talbert
                                           As authorized by email 7/15/10
5                                          DANIEL P. TALBERT
                                           Special Assistant U.S. Attorney
6

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10  Dated: 7/19/2010

11                                         Ho_____
                                           Un_____
12                                                  *IT IS SO ORDERED*
                                                    *Judge Nandor J. Vadas*
13

14

Stipulation In Support Of Plaintiff's Second Request For Extension Of Time
-2-