1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Mikel James Yordy, | Case No.: 1-09-cv-03028-NJV |
|---|---|
|       Plaintiff, | **ORDER ON** |
| vs. | STIPULATION IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME |
| Michael J. Astrue, Commissioner of Social Security, | |
|       Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff  Mikel James Yordy may have an extension until September 5, 2010, in which to file plaintiff's Motion for Summary Judgment.

This stipulation is entered into in order to provide sufficient time for Plaintiff to submit arguments and new evidence to the Defendant to allow the Defendant to ascertain the validity and importance of the evidence.  Two previous extensions have been requested and granted in this case.

1  Dated:  August 19, 2010            /s/ Kenneth J. Collins
                                      KENNETH J. COLLINS
2                                     Attorney for Plaintiff

3  Dated:  August 19, 2010            /s/ Daniel P. Talbert
                                      As authorized by email 8/19/10
4                                     DANIEL P. TALBERT
                                      Special Assistant U.S. Attorney
5

6      IT IS ORDERED that Plaintiff may have until September 7, 2010 by which to file a motion for summary judgment.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  Dated:  8/20/2010                  /s/ Magistrate Judge Vadas
                                      Hon. Nandor J. Vadas
10                                    United States Magistrate Judge