UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MIKEL JAMES YORDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 09-CV-03028-NJV<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion. The current due date is October 7, 2010. The new due date will be November 8, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 8, 2010        */s/ Kenneth Collins*
                              (As authorized via email)
                              KENNETH J. COLLINS
                              Attorney for Plaintiff

1  Dated: October 8, 2010

                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

APPROVED AND SO ORDERED.

DATED: <u>October 12, 2010</u>

                                        NANDOR J. VADAS
                                        UNITED STATES MAGISTRATE JUDGE