1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JACQUELINE A. FORSLUND, CSBN 154575
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8932
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MIKEL JAMES YORDY,                )
                                      )        CIVIL NO. 09-cv-03028-NJV
13           Plaintiff,               )
                                      )
14           v.                       )        STIPULATION AND ORDER OF REMAND
                                      )
15  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
16                                    )
                                      )
17           Defendant.               )
                                      )
18  ──────────────────────────────────)

19
         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
20
    approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,
21
    pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to
22
    offer Plaintiff a new hearing and decision.
23
         Upon remand, the Office of Disability Adjudication and Review will remand this case to an
24
    Administrative Law Judge (ALJ) and direct him or her to
25
         1) further consider the medical source opinions of record and explain the weight given to such
26
         opinion evidence; and
27

28

2) further evaluate Plaintiff's subjective complaints and provide rationale pertaining to such evaluation.

Dated:   November 9, 2010            */s/Kenneth J. Collins*
                                     *(authorized by email on November 9, 2010)*
                                     KENNETH J. COLLINS
                                     Attorney for Plaintiff


                                     MEDLINA L. HAAG
                                     United States Attorney

Dated:   November 5, 2010   By:      */s/ Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND
                                     Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Dated:   November 12, 2010

                                     NANDOR J. VADAS
                                     United States Magistrate Judge